UNITED STATES DISTRICT COURT	SOUTHERN DISTRICT OF TEXAS

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
March 24, 1998
MICHAEL N. MILBY, CLERK
BY DEPUTY N. Sippen

| | |
|---|---|
| ROBERT MACAULAY, § | |
| § | |
| Plaintiff, § | |
| § | |
| versus § | CIVIL ACTION H-98-787 |
| § | |
| MICRO CONCEPTS AND § | |
| SOLUTIONS, INC., *et al.*, § | |
| § | |
| Defendants. § | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED
MAR 24 1998
Michael N. Milby, Clerk

## Order to Remand

On the motion of Micro Concepts (#3, 4), this case is remanded to the 329th Judicial District Court of Wharton County, Texas.

Signed March 24, 1998, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge